JOHN P. McGRATH, Respondent, v. CARL JOHNSON et al., Copartners under the Name of JOHNSON & OLSEN, Appellants.—

Johnston, Adel and Taylor, JJ., concur; Close, P. J., and Lewis, J., dissent and vote to affirm, with the following memorandum: The failure of defendants to appear on the closing day and their neglect to exercise the option within a reasonable time thereafter, as found by the Trial Judge, justify the judgment for plaintiff.

MARY H. McGUNN, as Administratrix of the Estate of ARTHUR McGUNN, Deceased, Appellant, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY et al., Respondents.—

Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

FRANCES McKERNAN, as Administratrix of the Estate of MATTHEW McKERNAN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.